**SO ORDERED.**

**SIGNED this 20 day of April,2016.**

**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

Coleen Bacon Hopkins
91 West Stewart Street
Coats, NC 27521
27855

CASE NO.: 15-03490-5-SWH
CHAPTER 13

**CONSENT ORDER ON DEBTOR'S**
**OBJECTION TO PROOF OF CLAIM NUMBER 2**

**THIS CAUSE** coming on to be heard upon Debtor's Objection to Proof of Claim Number 2 filed by Bayview Loan Servicing, LLC, which claim was subsequently transferred on October 8, 2015 to ABS REO Trust III Serviced by Select Portfolio Servicing, Inc. Upon review of the record, the Court finds and rules as follows:

1. That the Debtor's Petition was filed on June 24, 2015 and her Chapter 13 plan and schedules were filed on July 8, 2015.

2. That the meeting of the creditors occurred on August 6, 2015.

3. That Bayview/ABS REO Trust filed a proof of claim (Proof of Claim number 2) in this matter on August 31, 2015, as a secured creditor asserting a security interest in the current residence of the Debtor as collateral to secure payment by Debtor in the total amount of $69,191.94.

4. That included in Part 2, B10A, of Proof of Claim number 2 in a statement purporting to itemize the arrearages allegedly owed by Debtor are the following fees and charges:

| | | |
|---|---|---|
| 1. | Late charges in the amount of: | $301.20 |
| 2. | Attorney's fees in the amount of: | $832.50 |
| 3. | Filing fees and court costs: | $300.00 |
| 4. | Sheriff/auction costs: | $150.00 |
| 5. | Title costs: | $175.00 |
| 6. | Recording fees: | $26.00 |
| 7. | Appraisal, et al costs: | $84.00 |
| 8. | Property inspection fees: | $109.00 |
| 9. | Tax advances: | $7,358.47 |
| 10. | Breach letter: | $150.00 |
| 1l. | Statutory Mailings: | $11.76 |
| Total: | | $9,479.83 |

5. That on September 25, 2015, Debtor filed her objection to Bayview/ABS REO Trust's Proof of Claim Number 2.

6. That on October 8, 2015, Bayview Loan Servicing, LLC filed its Transfer of Claim Other Than For Security identifying ABS REO Trust III Serviced by Select Portfolio Servicing, Inc. as transferee.

7. That on October 20, 2015, Bayview Loan Servicing, LLC re-filed its Transfer of Claim Other than For Security identifying ABS REO Trust III Serviced by Select Portfolio Servicing, Inc. as transferee.

8 That on October 28, 2015, Select Portfolio, Inc., as Respondent, by and through its attorney, filed a response to the objection to Proof of Claim Number 2 filed by Debtor on September 25, 2015 requesting time to investigate the matters in controversy.

9. That on March 21, 2016, Respondent filed a Withdrawal of Response pertaining to its October 28, 2015 response to Debtor's Objection to Proof of Claim Number 2 indicating that the matters in controversy had been resolved.

10. That N.C.GEN. STAT. § 45-91 requires that a mortgage servicer must assess any fees alleged to the account within 45 days of the date upon which the fees were incurred as well as send a written notice to the borrower at her last known address clearly and conspicuously explaining such fees within 30 days after assessing the fee.

11. That Bayview/ABS REO Trust failed to comply with the provisions of N.C. GEN. STAT. § 45-91 and, therefore, fees associated with Proof of Claim Number 2 listed as arrearages in the amount of $9,479.83 should be disallowed.

12. That the amount of allowable arrearages in Proof of Claim Number 2 should be reduced from $18,741.12 to $9,261.29.

13. That the total amount of claim as of the date the petition was filed should be reduced from $69,191.94 to $59,712.11.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. Fees associated with Proof of Claim Number 2 listed as pre-petition arrearages in the amount of $9,479.83 are hereby disallowed; and

2. The amount of allowable pre-petition arrearages in Proof of Claim Number 2 is hereby reduced from $18,741.12 to $9,261.29.

3. The total amount of Proof of Claim Number 2 as of the date the petition is hereby reduced from $69,191.94 to $59,712.11.

In Consent:

**Attorney for Debtor:**

LEGAL AID OF NORTH CAROLINA, INC.

s/ *Jeffrey M. Acker*___________________
Jeffrey M. Acker, Esq.
N.C. State Bar No.: 22673
Legal Aid of North Carolina, Inc.
Post Office Box 20188
Winston Salem, NC 27120-0188
Phone: (919) 771-5591
Facsimile: (336) 723-9140
Email: AckerLaw2008@yahoo.com
Or: JeffA2@LegalAidNC.org

**No Objection:**

*By: John F. Logan*_
John F. Logan, Chapter 13 Trustee
N.C. State Bar No. 12473
P.O. Box 61039
Raleigh, N.C. 27661-1039
Tel: 919-876-1355

**Attorney for Select Portfolio Servicing, Inc.:**

s/*Lien To* ___________________________

Lien To, Esq.
State Bar No.: 46452
Nodell, Glass & Haskell, LLP
5540 Centerview Drive, Suite 416
Raleigh, NC 27606
Phone: (919) 821-2600, ext. 211
Email: LTo@nghlaw.org

**END OF DOCUMENT**